FILED
MAR 1 6 2007
HAROLD S. MARENUS, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

UNITED STATES BANKRUPTCY APPELLATE PANEL

OF THE NINTH CIRCUIT

| | | |
|---|---|---|
| In re: | ) | BAP Nos. EC-06-1443 |
| | ) | EC-06-1444 |
| AARON D. LOOS and ALICE M. LOOS, | ) | (Related Appeals) |
| Debtors. | ) | Bk. No. 03-24832-C-7 |
| | ) | Adv. Nos. 03-02402 |
| AARON D. LOOS, | ) | 03-02403 |
| Appellant,[1] | ) | |
| v. | ) | ORDER TRANSFERRING MOTION |
| | ) | TO UNITED STATES DISTRICT |
| STANLEY AYERS; BRIAN BANIQUED, | ) | COURT FOR LIMITED PURPOSE |
| | ) | OF RULING ON MOTION UNDER |
| Appellees. | ) | 28 U.S.C. § 1915 |

FILED
MAR 21 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

2:07mc0021 MCE

Before: MONTALI, DUNN and PAPPAS, Bankruptcy Judges.

The Panel has received and considered appellant's motion to proceed *in forma pauperis* and the supporting declaration. These related appeals are properly before the Bankruptcy Appellate Panel ("BAP") under 28 U.S.C. § 158. No party has filed an election to have the appeals heard by the United States district court under 28 U.S.C. § 158(c). At present, jurisdiction lies with the BAP.

Under the holding of <u>Perroton v. Gray (In re Perroton)</u>, 958 F.2d 889 (9th Cir. 1992) and <u>Determan v. Sandoval (In re Sandoval)</u>, 186 B.R. 490, 496 (9th Cir. BAP 1995), the BAP has no authority to grant *in forma pauperis* motions under 28 U.S.C.

---

[1] Co-debtor Alice Loos also was named as an appellant, but because she has been granted her discharge and the order on appeal does not pertain to her, Mrs. Loos has been removed from the caption as an appellant.

§ 1915(a) because bankruptcy courts are not "court[s] of the United States" as defined in 28 U.S.C. § 451.

Therefore, appellant's motion is hereby TRANSFERRED to the United States District Court for the Eastern District of California, for the limited purpose of ruling on the motion to proceed *in forma pauperis*. It is appellant's responsibility to take all necessary steps to have this matter considered by the district court within sixty (60) days from the date of this order.

After the district court issues its decision, appellant is directed to notify the BAP of the district court ruling. If the district court denies the application, appellant will have twenty (20) days from the date of the district court order to pay the appeal filing fees to the clerk of the bankruptcy court or these appeals will be dismissed. If the fee is paid or the district court grants the motion to proceed *in forma pauperis*, these appeals will then proceed before the BAP.

For the convenience of the district court, copies of the motion, the notices of appeal and the orders on appeal are attached to this order.

UNITED STATES BANKRUPTCY APPELLATE PANEL

OF THE NINTH CIRCUIT

FILED
MAR 21 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| In re: ) | BAP Nos. EC-06-1443 |
| ) | EC-06-1444 |
| AARON D. LOOS and ALICE M. ) | (Related Appeals) |
| LOOS, ) | |
| Debtors. ) | Bk. No. 03-24832-C-7 |
| _____ ) | |
| ) | Adv. Nos. 03-02402 |
| AARON D. LOOS, ) | 03-02403 |
| ) | |
| Appellant, ) | |
| v. ) | ORDER |
| ) | |
| STANLEY AYERS; BRIAN BANIQUED,) | |
| ) | |
| Appellees. ) | |
| _____ ) | |

FILED
MAR 16 2007
HAROLD S. MARENUS, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

Before: MONTALI, DUNN and PAPPAS, Bankruptcy Judges.

These related appeals have been reviewed. These appeals were commenced by notices of appeal filed on December 6, 2006, the same day that the bankruptcy court entered amended judgments in the two adversary proceedings that revoked the discharge of appellant Aaron Loos. We find the notices of appeal filed December 6, 2006, to be timely appeals from those amended judgments. To the extent that the BAP clerk's notices of deficiency issued December 27, 2006, suggest otherwise, those notices are hereby VACATED.

The Panel has reviewed the "Motion to [sic] Leave to Proceed in Forma Pauperis on Appeal" and the declaration in support. The Bankruptcy Appellate Panel has no authority to grant *in forma pauperis* motions under 28 U.S.C. § 1915(a). However, the district court has such authority. By separate order,

appellant's motion to proceed *in forma pauperis* will be transferred to the United States District Court for the Eastern District of California. The appeal filing fees must be resolved by either an order of the court or by payment of the fee before the Panel can issue a decision on the merits of these appeals.

Further, appellant has not filed his statement of issues, designation of the record or transcript notice for these appeals as required by Fed. R. Bankr. P. 8006 and the 9th Circuit BAP Rules. Such documents must be filed at the bankruptcy court within TWENTY-ONE (21) DAYS or these appeals will be dismissed for failure to prosecute. See 9th Cir. BAP R. 8070-1.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| FILED |
| :---: |
| 12/07/06 |
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF CALIFORNIA |

In re  Aaron D. Loos and Alice M. Loos  )
)
)
)
)
_____Debtor(s)_____ )    Bankruptcy Case No.  03-24832-C-7
)
Brian Baniqued                          )    Adversary Proceeding No. 03-2403-C
)
Plaintiff(s),            )    Motion Control No.
vs.                                        )
Aaron D. Loos and Alice M. Loos  )
)
_____Defendant(s)_____ )

### NOTICE OF REFERRAL OF APPEAL TO THE BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT

The attached notice of appeal has been filed with the Clerk of the U.S. Bankruptcy Court for the Eastern District of California.

**NOTICE IS HEREBY GIVEN** that by virtue of 28 U.S.C. §158, and orders of the Judicial Council of the Ninth Circuit and the U.S. District Court for the Eastern District of California, the appeal has been referred to the Bankruptcy Appellate Panel of the Ninth Circuit.

**NOTICE IS FURTHER GIVEN** that any party other than the appellant wishing to have the appeal heard by the U.S. District Court must, within 30 days of the date of this notice, file with the Clerk of the Bankruptcy Appellate Panel a separate written statement of election to transfer the appeal to the U.S. District Court for the Eastern District of California. Upon receipt of a timely statement of election, the Clerk of the Bankruptcy Appellate Panel shall transfer the appeal to the U.S. District Court for the Eastern District of California, in conformity with the foregoing orders and their provisions for election to district court.

For additional information, you may contact the Clerk of the Bankruptcy Appellate Panel for the Ninth Circuit at 125 S. Grand Ave., Pasadena, CA 91105 (telephone: (626) 229-7225).

Dated: 12/07/06

RICHARD G. HELTZEL, CLERK
U.S. BANKRUPTCY COURT
501 I Street, Suite 3-200
Sacramento, CA 95814-2322
(916) 930-4400

BY: _____
Deputy Clerk
BARBARA REYNOLDS

EDC 5-563 (Rev.1/30/06)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
12/07/06

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re   Aaron D. Loos and Alice M. Loos   )   Bankruptcy Case No.  03-24832-C-7
                                          )
                                          )   Adversary No.  03-2403-C
                                          )
                                          )   Motion Control No.
                    Debtor(s)             )

## CERTIFICATE OF MAILING

The undersigned clerk in the Office of the United States Bankruptcy Court for this district hereby certifies that copies of the attached **Notice of Appeal and Notice of Referral of Appeal to the Bankruptcy Appellate Panel of the Ninth Circuit** were mailed today to the following parties at their respective address as shown in the Court's records:

Eric J. Farber
847 Sansome St Lower
Level
San Francisco CA
94111

Aaron & Alice Loos
PO Box 826
Carmichael CA 95609

U.S. Trustee's Office
501 I St. Ste. 7-500
Sacramento CA 95814

BAP
125 S Grand Ave
Pasadena CA 91105

Dated: 12/07/06

BY: _____
Deputy Clerk
BARBARA REYNOLDS

EDC 3-071 (9/02)

73



Recorded at request of,
and to be returned when
recorded to:

Aaron D. Loos pro per
PO Box 826
Carmichael, CA. 965609
916-487-3553

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO, DIVISION

In re ) ) Case No. 03-24832-C-07
    Aaron D. Loos And Alice M. Loos )
Aaron D. Loos And Alice M. Loos ) Adv. Proc. No. 03-2403-C
    Defendant ) DEFENDANT(S) AARON D. LOOS'; ALICE M. LOOS'
vs. )
Brian Baniqued )
    Plaintiff )

# NOTICE OF APPEAL

    Aaron D. Loos And Alice M. Loos, the Defendant(s) appeals under 28 U.S.C. 158(a) or (b) from the judgment of the bankruptcy Judge, the Honorable David E. Russell entered in the adversary proceeding on the 17th Day of November 2006.

    Defendant(s) request for this Notice of Appeal is factually out of the 10 day limit for standard filing. Under Federal Rule and Bankruptcy Procedure 8002(c) Defendant(s)' neglect is based upon the Amended and Erroneous Filing by the court of the final judgment entered upon November 21, 2006 and in the second part the Defendant(s) admit they have both been emotionally overwhelmed by this proceeding. Neither Debtor has either finished college or has pressed through a legal process to this enormous extent. The toll at this time of year, has failed to lend both hope and a timely filing. Defendant(s) look to the Court for its discretion in this matter.

*Baniqued v. Loos*      1

U.S. Bankruptcy Court, E.D. of California

Case Number: 03-24832-C-7

Notice of Appeal

1 | The names of all the parties to the judgment appealed from and the names, addresses, and telephone
2 | numbers of their respective attorneys are as follows:

3 |
4 | Plaintiff        Brian Baniqued
5 |                  3260 Blume Dr.
6 |                  Suite #140
7 |                  Richmond, CA. 94806
8 | Attorney for Plaintiff Brian Baniqued
9 |                  Eric Farber
10 |                 847 Sansome Street, Lower Level
11 |                 San Francisco, California 94111

12 |                                        Respectfully Submitted,
13 | Dated December 5, 2006
14 |
15 |                                        BY: _____
16 |                                        Aaron D. Loos
17 |                                        PO Box 826
                                            Carmichael, CA. 965609
                                            916-487-3553
18 |                                        Defendant
19 |
20 |
21 |                                        BY: _____
22 |                                        Alice M. Loos
23 |                                        PO Box 826
                                            Carmichael, CA. 965609
24 |                                        916-487-3553
25 |                                        Defendant
26 |
27 |
28 | *Baniqued v. Loos*                              2
29 | U.S. Bankruptcy Court, E.D. of California
30 | Case Number: 03-24832-C-7

Notice of Appeal

Eric J. Farber, SBN 169472
Farber & Company Attorneys, LLP
847 Sansome Street, Lower Level
San Francisco, California 94111
Telephone 415.434.5320

Attorneys for Plaintiff/Creditor:
Brian Baniqued

FILED
NOV 17 2006
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

594900

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

BRIAN BANIQUED

　　Plaintiff/Creditor,

vs.

AARON D. LOOS; ALICE M. LOOS

　　Defendants/Debtor.

Case No.: 03-24832-C-7
Adv. No.: 03-2403-C ✓

[PROPOSED] JUDGMENT
DENYING DISCHARGE
OF AARON D. LOOS

TO THE PARTIES HEREIN AND THEIR ATTONEYS OF RECORD:

The case of *Brian Baniqued v. Aaron D. Loos; Alice M. Loos*, Adv. No. 03-2403-C, came before the Honorable David E. Russell on October 23, 2006 at approximately 10:30 AM for hearing to determine judgment consistent with the Order of the Bankruptcy Appellate Court.

Present before the Court was Eric Farber, Counsel for Plaintiff/Creditor Brian Baniqued and Defendants/Debtors Aaron Loos and Alice Loos, both in Pro Per.

1

*Baniqued v. Loos et al.*
...t, E.D. of California
832-C-7

RECEIVED
October 25, 2006
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0000594900

Having considered the evidence, including testimony of the Plaintiff and Aaron Loos at trial on February 5, 2004; and considering the record on file in this matter and having heard arguments by both parties with good cause shown, the Court finds as follows:

1. Defendant/Debtor Aaron Loos, has concealed, destroyed, mutilated, falsified, or failed to keep or preserve any recorded information, including books, documents, records, and papers, from which the debtor's financial condition or business transactions might be ascertained, and such actions were not justified in violation of 11 U.S.C. §727(a)(3); and,

2. Defendant/Debtor Aaron Loos has failed to explain satisfactorily, before determination of the denial of discharge any loss of assets or deficiency of assets to meet the debtor's liability in violation of 11 U.S.C.§727(a)(5).

Therefore it is Ordered that Defendant/Debtor Aaron Loos shall be denied discharge under Title 11 of the United States Code.

~~Good Cause Appearing, it is further Ordered that Plaintiff/Creditor Brian Baniqued shall take Judgment in the amount of $20,530.32 against Defendant/Debtor Aaron Loos.~~

Defendant/Debor Alice Loos shall be granted discharge and Plaintiff/Creditor Brian Baniqued shall take nothing against Defendant/Debtor Alice Loos.

It Is So Ordered:

Dated: NOV 17 2006 , 2006

_____
THE HON. DAVID E. RUSSELL
JUDGE OF THE BANKRUPTCY COURT

*Baniqued v. Loos, et al.*
U.S. Bankruptcy Court, E.D. of California
Case Number: 03-24832-C-7
Judgment

2

# BANKRUPTCY APPEAL TRANSMITTAL FORM

TO: Bankruptcy Appellate Panel of the Ninth Circuit
125 S. Grand Avenue
Pasadena, CA 91105

FROM: U.S. Bankruptcy Court
Eastern District of California
District Office No. 0972

DATE: 12/07/06

```
FILED
12/07/06
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
```

BAP# EC-06-1443

RECEIVED
Harold S. Marenus, Clerk
OF THE NINTH CIRCUIT

Case Name: Aaron D. Loos and Alice M. Loos

DEC 11 2006

Bankruptcy No. 03-24832-C-7

FILED

Adversary No. 03-2403-C

DOCKETED

Reference No. _____

Bankruptcy Judge: Judge Christopher M. Klein

Date Notice of Appeal Filed: 12/06/06

Date of Entry of Order Appealed From: 11/17/06

Date Bankruptcy Filed: 4/29/03

Date Notice of Appeal and Notice of Referral of Appeal Mailed to Parties: 12/7/06

Filing Fee Paid? (Check One)   [ ] Yes   [✓] No   see attached Motion

Deputy Clerk   BARBARA REYNOLDS
U.S. Bankruptcy Court
501 I Street, Suite 3-200
Sacramento, CA 95814-2322
(916) 930-4400

EDC 2-850 (Rev. 1/30/06)

