IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON LOOS,

        Appellant,

   vs.                                    No. MISC 07-21 MCE KJM PS

STANLEY AYERS, et al.,

        Appellees.              <u>ORDER</u>

_____/

        This matter was transferred from the Bankruptcy Appellate Panel for the limited purpose of ruling on appellant's motion to proceed in forma pauperis under 28 U.S.C. §1915(a). The motion was referred to the undersigned under Local Rule 72-302(c)(21). Appellant has not provided any financial information whereby this court can assess the propriety of granting the motion to proceed in forma pauperis.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Appellant shall submit, within twenty days from the date of this order, a completed application and affidavit in support of the request to proceed in forma pauperis on the form provided by the Clerk of Court; failure to comply with this order will result in an order denying the motion to proceed in forma pauperis.

/////

1        2. The Clerk of the Court is directed to send appellant an Application to Proceed
2 In Forma Pauperis.
3 DATED: April 25, 2007.

                                                     U.S. MAGISTRATE JUDGE

006
loos.inc

2