IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AARON LOOS,

       Appellant,                      No. MISC 07-0021 MCE KJM PS

       vs.

STANLEY AYERS, et al.,

       Appellees.                     <u>FINDINGS & RECOMMENDATIONS</u>

                               /

       By order filed April 25, 2007, appellant was order to submit, within twenty days, a completed application and affidavit in support of the request to proceed in forma pauperis and was cautioned that failure to comply would result in an order denying the motion to proceed in forma pauperis. The twenty day period has now expired, and plaintiff has not filed a completed application and affidavit in support of the request to proceed in forma pauperis or otherwise responded to the court's order.

       IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within ten days after being served with these findings and recommendations, plaintiff may file written objections

1

1  with the court. The document should be captioned "Objections to Magistrate Judge's Findings
2  and Recommendations." Plaintiff is advised that failure to file objections within the specified
3  time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153
4  (9th Cir. 1991).

5  DATED: June 11, 2007.

_____
U.S. MAGISTRATE JUDGE

loos0021.fifp